AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| CHRISTOPHER WILLIAMS, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No.   1:24-cv-00086 |
| MONTE ROSA REALTY INC. AND HOLLAPENO LLC, | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> SEE RIDER ON FOLLOWING PAGE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ROBERT HANSKI, ESQ.
> PARKER HANSKI LLC
> 40 WORTH STREET, SUITE 602
> NEW YORK, NY 10013
> email: rgh@parkerhanski.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

*Cynthia Valera*

Date:   1/5/2024

*Signature of Clerk or Deputy Clerk*

RIDER TO SUMMONS IN A CIVIL ACTION

The following are the names and addresses of the defendants for the Summons in a Civil Action

MONTE ROSA REALTY INC.
225 WEST 39TH STREET, ROOM 302
NEW YORK, NY, UNITED STATES, 10018

HOLLAPENO LLC
393 LEWIS AVENUE
BROOKLYN, NY, UNITED STATES, 11233